UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cara Elizabeth Beaver**              **Docket No. 5:16-CR-136-1H**

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cara Elizabeth Beaver, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. § 2113(a), 18 U.S.C. § 2113(b) and 18 U.S.C. § 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on May 9, 2017, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Cara Elizabeth Beaver was released from custody on July 23, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 26, 2020, Beaver was charged with Driving While Impaired, Possession of Marijuana Up to ½ Ounce, and Possession of Marijuana Paraphernalia (20CR055485) in New Hanover County District Court. This matter remains pending.

Beaver promptly reported her arrest to her supervising officer. She is in compliance with all other conditions of supervision. Beaver is attending substance abuse treatment and testing as well as mental health treatment. She will be referred for a Driving While Impaired Assessment with D and A Assessment Services in Wilmington, North Carolina, to address this matter. As a sanction for this violation, it is recommended that Beaver be placed on a 90-day term of location monitoring curfew.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to her residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

**Cara Elizabeth Beaver**
**Docket No. 5:16-CR-136-1H**
**Petition For Action**
**Page 2**

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Erik J. Graf<br>Erik J. Graf<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2031<br>Executed On: July 31, 2020 |

## ORDER OF THE COURT

Considered and ordered this __3rd__ day of __August__, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge